United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 31, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-11039
Summary Calendar

———————————————

UNITED STATES OF AMERICA

                              Plaintiff-Appellee,

versus

LATINA TOMORA DAFNEY,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:00-CR-10-1-R
--------------------

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

     Latina Tomora Dafney was found guilty of being a felon in
possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1)
and 924(a)(2).  On appeal, Dafney argues that the Government was
required to prove that she knowingly violated 18 U.S.C. § 922(g),
which in turn required that the Government prove that Dafney had
knowledge that she was a felon.  Dafney's argument is precluded
by this court's ruling in United States v. Dancy, 861 F.2d 77,

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

81-82 (5th Cir. 1988).  See also United States v. Privett, 68 F.3d 101, 104 n.1 (5th Cir. 1995).

AFFIRMED.